IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CESAR A. VILLAZANO,

      Appellant,

 v.

Case No.  5D22-1599
LT Case No. 2007-034013-CFAES

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 29, 2022

3.800 Appeal from the Circuit Court
for Volusia County,
Elizabeth A. Blackburn, Judge.

Cesar A. Villazano, Bowling Green,
pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.